**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANDRIY LYASHCHENKO, et al.,

Petitioners,

v.

SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY, et al.,

Respondents.

No. 2:26-cv-2651-DAD-ICD

FINDINGS AND RECOMMENDATIONS

Petitioners, who are proceeding *pro se*, bring this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioners' petition, ECF No. 1.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." In the instant case, it is plain that Petitioners are not entitled to federal habeas relief under 28 U.S.C. § 2254.

Petitioners are the parents of two minor children who are the subject of state court child dependency proceedings. *See* ECF No. 1. Petitioners seek an order from this Court "for immediate relief from the present state custody of the child[ren]." Alternatively, Petitioners ask the Court to construe their petition as a civil rights action pursuant to 42 U.S.C. § 1983 "for prospective declaratory and injunctive relief." *Id.*

To the extent Petitioners are proceeding under 28 U.S.C. § 2254, relief is not available to them because they are not state prisoners confined pursuant to a state court criminal judgment. *See* 28 U.S.C. § 2254(a). Similarly, relief is not available under 28 U.S.C. § 2241 because Petitioners are not in custody under or by color of the authority of the United States. *See* 28

U.S.C. § 2241(c). Finally, the Court should not construe this matter as a civil rights action under 42 U.S.C. § 1983 because Petitioners are already proceeding with such an action in which they are represented by counsel, and construing this case as a civil rights action would result in duplicative pending matters. *See* ECF No. 5 (related case order relating this matter with Petitioners' pending civil rights action *Lyashchenko, et al. v. Shasta County Health and Human Services Agency*, et al., 2:25-cv-3494-DAD-ICD).

Based on the foregoing, the undersigned recommends as follows:

1. This action be summarily DISMISSED.

2. Petitioners' application for a temporary restraining order, ECF No. 2, be DENIED as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within **14 days** after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within **14 days** after service of objections. Failure to file objections within the specified time may waive the right to appeal. *See Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE